# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES ASHFORD**                                                                               **PLAINTIFF**
**ADC #133975**

**V.**              **CASE NO.: 5:09CV00097 SWW/BD**

**GRANT HARRIS,** *et al.*                                                                    **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Defendants' motion for summary judgment (docket entry #17) is GRANTED. Plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED, this 8th day of December, 2009.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE